B6B (Official Form 6B) (12/07)

In re **Anthony S Beavers,**
**Sonya R Beavers**,
Debtors

Case No. **10-10453**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | **C** | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking Account** | **C** | **50.00** |
| | | **Wells Fargo Checking Account** | **C** | **50.00** |
| | | **Wells Fargo Savings Account** | **C** | **50.00** |
| | | **Wells Fargo Bank Checking Account #0480** | **C** | **5.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Items** | **C** | **1,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | **C** | **500.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **2,175.00**
(Total of this page)

**2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Anthony S Beavers,**  Case No. **10-10453**
**Sonya R Beavers**
                                                                                  ,
                                      Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Tax Refund 2009 | C | 2,000.00 |
| | | Tax Refund (EIC for all years of plan) | C | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| | | | Sub-Total > (Total of this page) | 2,000.00 |

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Anthony S Beavers,**
**Sonya R Beavers**, Debtors

Case No. **10-10453**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Dodge Charger (38k miles)** | **C** | **29,540.00** |
| | | **2003 Jaguar S-Type (55k miles)** | **C** | **12,000.00** |
| | | **1994 BMW 740I** | **C** | **1,500.00** |
| | | **2001 Ford Expedition** | **C** | **5,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >  **48,540.00**
(Total of this page)
Total >  **52,715.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6F (Official Form 6F) (12/07)

In re  **Anthony S Beavers,**  
       **Sonya R Beavers**  
_____,  
Debtors

Case No. **10-10453**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx15N1** <br><br> **Acctcorp Of Southern N** <br> **4955 South Durango** <br> **Las Vegas, NV 89113** | | C | **Opened 5/01/09 Last Active 12/29/09** <br> **CollectionAttorney R.C. Willey Home Furnishings** | | | | **867.00** |
| Account No. **xx6572** <br><br> **Ad Astra Recovery Serv** <br> **3607 N Ridge Rd Ste 106** <br> **Wichita, KS 67205** | | H | **Opened 4/01/09** <br> **CollectionAttorney Rapid Cash 38** | | | | **1,836.00** |
| Account No. **xxxxx8901** <br><br> **Allied Collection Serv** <br> **3080 S Durango Dr Ste 20** <br> **Las Vegas, NV 89117** | | C | **Opened 7/01/09** <br> **CollectionAttorney Medschool South-Surgery** | | | | **134.00** |
| Account No. **xxxxxxxxxxxx5983** <br><br> **American Express** <br> **c/o Becket and Lee** <br> **Po Box 3001** <br> **Malvern, PA 19355** | | C | **Opened 11/12/99 Last Active 1/01/10** <br> **CreditCard** | | | | **4,275.00** |

___**11**___ continuation sheets attached

Subtotal (Total of this page)  **7,112.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony S Beavers,**
       **Sonya R Beavers**,
                                                              Debtors

Case No. **10-10453**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5393**<br><br>**American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** | | C | **Opened 11/12/99  Last Active 1/01/10**<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxxxxxx0179**<br><br>**American Home Mtg Srv**<br>**Attn: Bankruptcy**<br>**4600 Regent Blvd**<br>**Irving, TX 75063** | | H | **Opened 5/31/05  Last Active 7/29/05**<br>**RealEstateMortgageWithoutOtherCollateral** | | | | **0.00** |
| Account No. **xxxxxxxx0161**<br><br>**American Home Mtg Srv**<br>**Attn: Bankruptcy**<br>**4600 Regent Blvd**<br>**Irving, TX 75063** | | H | **Opened 5/31/05  Last Active 7/29/05**<br>**ConventionalRealEstateMortgage** | | | | **0.00** |
| Account No. **xxxxxxxxxxx1663**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | | C | **Opened 11/01/99  Last Active 1/11/08**<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxxx-x7631**<br><br>**Bank of America**<br>**12350 Perris Blvd**<br>**Moreno Valley, CA 92553** | | C | | | | | **3,000.00** |

Sheet no. **1** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony S Beavers,**
**Sonya R Beavers**,
Debtors

Case No. **10-10453**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx3146** <br><br> **Beneficial HSBC** <br> **PO BOX 5240** <br> **Carol Stream, IL 60197** | | C | | | | | 10,486.09 |
| Account No. **xxxxxxxx6889** <br><br> **Capital 1 Bank** <br> **Attn: C/O TSYS Debt Management** <br> **Po Box 5155** <br> **Norcross, GA 30091** | | C | **Opened 8/29/00 Last Active 10/14/04** <br> **CreditCard** | | | | 0.00 |
| Account No. **xxxxxxxx4045** <br><br> **Capital 1 Bank** <br> **Attn: C/O TSYS Debt Management** <br> **Po Box 5155** <br> **Norcross, GA 30091** | | C | **Opened 3/15/05 Last Active 7/10/08** <br> **CreditCard** | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-4572** <br><br> **Capital One** <br> **PO BOX 60024** <br> **City of Industry, CA 91716** | | C | | | | | 600.00 |
| Account No. **xxxxxxxx8229** <br><br> **Chase Manhattan Mortgage** <br> **Attention: Research Dept. G7-PP** <br> **3415 Vision Drive** <br> **Columbus, OH 43219** | | H | **Opened 5/01/05 Last Active 8/01/07** <br> **Real estate mortgage** | | | | 0.00 |

Sheet no. __2__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **11,086.09**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony S Beavers,**
    **Sonya R Beavers,**
                                                        Debtors

Case No. **10-10453**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8237**<br><br>**Chase Manhattan Mortgage**<br>**Attention: Research Dept. G7-PP**<br>**3415 Vision Drive**<br>**Columbus, OH 43219** | | H | **Opened 5/01/05 Last Active 11/17/05**<br>**ConventionalRealEstateMortgage** | | | | **0.00** |
| Account No. **xx0852**<br><br>**Chevron / Texaco Citibank**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | C | **Opened 12/04/07 Last Active 3/11/08**<br>**CreditCard** | | | | **500.00** |
| Account No. **xxx7800**<br><br>**Citi Corp Credit Services**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | C | **Opened 11/08/02 Last Active 11/28/06**<br>**Educational** | | | | **0.00** |
| Account No. **xxxxxxx3821**<br><br>**Citibank N A**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | C | **Opened 11/01/02 Last Active 11/28/06**<br>**Educational** | | | | **0.00** |
| Account No. **xxxxxxx3820**<br><br>**Citibank N A**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | C | **Opened 11/01/02 Last Active 11/28/06**<br>**Educational** | | | | **0.00** |

Sheet no. **3** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony S Beavers,**  
      **Sonya R Beavers**,     Case No. __**10-10453**__

Debtors

**AMENDED**
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxx4483<br><br>**Coast 2 Coast Financia**<br>**101 Hodencamp Rd Ste 120**<br>**Thousand Oaks, CA 91360** | C | | **Opened 12/01/08 Last Active 5/04/09**<br>**CollectionAttorney Republic Services** | | | | 152.00 |
| Account No. xxxx6772<br><br>**Countrywide Home Lending**<br>**Attention: Bankruptcy SV-314B**<br>**Po Box 5170**<br>**Simi Valley, CA 93062** | C | | **Opened 5/01/06 Last Active 11/21/06**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. xxxxx1359<br><br>**Countrywide Home Lending**<br>**Attention: Bankruptcy SV-314B**<br>**Po Box 5170**<br>**Simi Valley, CA 93062** | C | | **Opened 5/01/05 Last Active 5/01/06**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. xxxx7354<br><br>**Countrywide Home Lending**<br>**Attention: Bankruptcy SV-314B**<br>**Po Box 5170**<br>**Simi Valley, CA 93062** | C | | **Opened 11/01/04 Last Active 5/01/05**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. xxx7448<br><br>**credit bureau central**<br>**po box 29299**<br>**Las Vegas, NV 89126** | C | | | | | | 313.27 |

Sheet no. __4__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    **465.27**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony S Beavers,**  
      **Sonya R Beavers,**  
_____,  
Debtors

Case No. __**10-10453**__

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3888**<br><br>**Creditburcen**<br>**2355 Red Rock St Ste 200**<br>**Las Vegas, NV 89146** | | C | Opened 8/01/07<br>CollectionAttorney Red Rock At Smoke Ranch Llc | | | | 0.00 |
| Account No.<br><br>**Daimlerchrysler Financial Services**<br>**c/o Poli & Ball**<br>**601 S. Seventh St., Second Floor**<br>**Las Vegas, NV 89101** | | C | LAWSUIT: Daimer Chrysler Financial Services v. Beavers A-09-589582 | | | | 0.00 |
| Account No. **xxxxxx0381**<br><br>**Ecmc**<br>**101 E Fifth St**<br>**Saint Paul, MN 55101** | | C | Opened 1/01/08<br>Educational Citibank Elt Slc | | | | 3,563.00 |
| Account No. **xxxxxx0382**<br><br>**Ecmc**<br>**101 E Fifth St**<br>**Saint Paul, MN 55101** | | C | Opened 1/01/08<br>Educational Citibank Elt Slc | | | | 2,266.00 |
| Account No. **xxx3487**<br><br>**Ford Motor Credit Corporation**<br>**National Bankruptcy Center**<br>**Po Box 537901**<br>**Livonia, MI 48153** | | C | Opened 12/01/96 Last Active 3/01/00<br>AutoLease | | | | 0.00 |

Sheet no. __**5**__ of __**11**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  **5,829.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony S Beavers,**  
      **Sonya R Beavers**,  
                     Debtors

Case No. **10-10453**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0471**<br><br>**Ford Motor Credit Corporation**<br>**National Bankruptcy Center**<br>**Po Box 537901**<br>**Livonia, MI 48153** | | C | **Opened 6/01/99 Last Active 7/01/03** | | | | 0.00 |
| Account No. **xxxxxx1799**<br><br>**Fremont Investment & Loan**<br>**2727 E. Imperial Hwy**<br>**Brea, CA 92821** | | C | **Opened 5/01/06 Last Active 10/31/06**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. **xxxxxxxx3561**<br><br>**GEMB / HH Gregg**<br>**Attention: Bankruptcy**<br>**Po Box 103106**<br>**Roswell, GA 30076** | | H | **Opened 9/01/04 Last Active 1/06/06**<br>**ChargeAccount** | | | | 0.00 |
| Account No. **xxxxxxxx0636**<br><br>**Gemb/chevron**<br>**Attention: Bankruptcy**<br>**Po Box 103106**<br>**Roswell, GA 30076** | | C | **Opened 12/04/07 Last Active 7/11/08**<br>**ChargeAccount** | | | | 412.00 |
| Account No. **x3437**<br><br>**Holland & Hart**<br>**PO BOX 17283**<br>**Denver, CO 80217-0283** | | C | | | | | 1,997.63 |

Sheet no. **6** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    **2,409.63**

In re **Anthony S Beavers,**
**Sonya R Beavers**                                                                 Case No. **10-10453**
_____,
                                      Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8147** <br><br>**Household Bank**<br>**PO BOX 60102**<br>**City of Industry, CA 91716** | | C | | | | | **600.00** |
| Account No. **xxxxxxxxxxxx8147** <br><br>**Hsbc Bank**<br>**Attn: Bankruptcy**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | H | Opened 3/10/05 Last Active 8/01/08<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxxxxxx5633** <br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | H | Opened 1/31/07 Last Active 8/28/07<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxxxxxx2510** <br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | H | Opened 1/31/07 Last Active 7/08/07<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxx2229** <br><br>**Hsbc/ms**<br>**Po Box 3425**<br>**Buffalo, NY 14240** | | H | Opened 11/01/05 Last Active 11/16/07<br>**CreditLineSecured** | | | | **113,210.00** |

Sheet no. **7** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **113,810.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anthony S Beavers,**
       **Sonya R Beavers**                                                                                          Case No.  **10-10453**
_____,
                                                     Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-4054**<br><br>**HSBC/Payment Center**<br>**PO BOX 60136**<br>**City of Industry, CA 91716** | | C | | | | | 1,567.46 |
| Account No. **xxxxxx0023**<br><br>**Hsbc/rs**<br>**Attn: Bankruptcy**<br>**961 Weigel Dr**<br>**Elmhurst, IL 60126** | | H | **Opened  1/31/07  Last Active  7/09/07**<br>**CheckCreditOrLineOfCredit** | | | | 0.00 |
| Account No. **xx-xxx5461**<br><br>**IRS**<br>**110 City Parkway**<br>**Las Vegas, NV 89106** | | C | **Federal Income tax; 2004, 2005, 2006** | | | | 1,000.00 |
| Account No. **xxxx-xxxx-xxxx-8868**<br><br>**Law Office of Harold E. Scherr**<br>**4237 Salisbury Rd. N**<br>**Ste 308**<br>**Jacksonville, FL 32216** | | C | | | | | 4,604.70 |
| Account No. **xxxxxxx1895**<br><br>**National Recovery Agency**<br>**PO BOX 67015**<br>**Harrisburg, PA 17106** | | C | | | | | 76.64 |

Sheet no. __8__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,248.80**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony S Beavers,**
**Sonya R Beavers**
_____,
Debtors

Case No. **10-10453**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx3146<br><br>**NCB Management Servs, Inc**<br>**PO BOX 1099**<br>**Langhorne, PA 19047** | | C | | | | | 0.00 |
| Account No. xxxxxxxxxxx2301<br><br>**NCO Financial Systems**<br>**PO Box 4929**<br>**Trenton, NJ 08650** | | C | **GARNISHMENT** | | | | 0.00 |
| Account No. xxxx8736<br><br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | C | **Opened 4/01/07**<br>**CollectionAttorney Sunrise Mountain View Hospital** | | | | 200.00 |
| Account No. xx-031N<br><br>**Nevada State Board of Architechure Interior Design and Residental Designs**<br>**2080 E Flamingo Road., Suite 120**<br>**Las Vegas, NV 89119** | | C | **GARNISHMENT** | | | | 0.00 |
| Account No. xxx1655<br><br>**Professional Recovery Serv**<br>**PO BOX 1880**<br>**Voorhees, NJ 08043** | | C | | | | | 0.00 |

Sheet no. **9** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **200.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Anthony S Beavers,**                                                        Case No.    **10-10453**
        **Sonya R Beavers**
                                                      Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1725** <br><br> **Rc Willey Home Furnishings** <br> **Attn: Bankruptcy** <br> **Po Box 65320** <br> **Salt Lake City, UT 84165** | | C | Opened 7/01/05 Last Active 11/10/09 <br> ChargeAccount | | | | 446.00 |
| Account No. **3888** <br><br> **Red Rock at Smoke Ranch** <br> **2355 Red Rock** <br> **Ste200** <br> **Las Vegas, NV 89146** | | C | | | | | 139.28 |
| Account No. **xxxxxx9849** <br><br> **Review Journal** <br> **1111 W. BOnanza Rd** <br> **Las Vegas, NV 89125** | | C | | | | | 26.15 |
| Account No. <br><br> **Richland Holdings, LLC dba Acctcorp** <br> **4955 S. Durango, Suite 177** <br> **Las Vegas, NV 89113** | | C | LAWSUIT: Richland Holdings v. Beavers <br> 09C-027325 | | | | 0.00 |
| Account No. **xxxxxxxx4009** <br><br> **Sams Club** <br> **Attention: Bankruptcy Department** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | H | Opened 2/15/07 Last Active 4/21/09 <br> ChargeAccount | | | | 0.00 |

Sheet no. **10** of **11** sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)      **611.43**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anthony S Beavers,**
     **Sonya R Beavers**
                                                                       Case No. **10-10453**
_____,
                              Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1893** <br><br> **So Calif Edison Compan** <br> **2131 Walnut Grove Ave** <br> **Rosemead, CA 91770** | | C | Opened 9/01/05 Last Active 12/04/07 <br> Agriculture | | | | 0.00 |
| Account No. **xxxxxxxxxxxxx3010** <br><br> **U S Dept Of Ed/Fisl/Ch** <br> **P O Box 8422** <br> **Chicago, IL 60605** | | H | Opened 5/03/04 Last Active 6/25/09 <br> Educational | | | | 0.00 |
| Account No. **xxx-xx-1456** <br><br> **US Department of Education** <br> **National Payment Center** <br> **PO Box 105028** <br> **Atlanta, GA 30348** | | C | GARNISHMENT | | | | 41,424.47 |
| Account No. **xxxxxx4561** <br><br> **Us Dept Of Education** <br> **Attn: Borrowers Service Dept** <br> **Po Box 5609** <br> **Greenville, TX 75403** | | H | Opened 5/03/04 Last Active 12/01/06 <br> Educational | | | | 0.00 |
| Account No. **xxx9.001** <br><br> **Weil & Drage** <br> **23212 Mill Creek** <br> **Laguna Hills, CA 92653** | | C | | | | | 11,375.00 |

Sheet no. **11** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **52,799.47**

Total
(Report on Summary of Schedules)      **205,071.69**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re: **Anthony S Beavers**
**Sonya R Beavers**
Debtor(s)

Case No. **10-10453**
Chapter **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **28** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 12, 2011**     Signature **/s/ Anthony S Beavers**
**Anthony S Beavers**
Debtor

Date **April 12, 2011**     Signature **/s/ Sonya R Beavers**
**Sonya R Beavers**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.