ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
7580 West Sahara Avenue
Las Vegas, Nevada, 89117
(702) 873-5386
Fax: (702) 873-5903
anthony@deluca-associates.com

### IN THE UNITED STATES BANKRUPTCY COURT
### District of Nevada

| | |
|---|---|
| **In Re:** | Case No:10-10453-BAM |
| Anthony S Beavers | Trustee: KATHLEEN A. LEAVITT |
| Sonya R Beavers | Chapter: 13 |
| **Debtor(s)** | Hearing Date: June 16, 2011 |
| | Hearing Time: 1:30 pm |

### NOTICE OF CONFIRMATION HEARING ON AMENDED CHAPTER 13 PLAN # 3

NOTICE IS HEREBY GIVEN that an Amended Chapter 13 Plan # 3 is set for hearing on June 16, 2011 at 1:30 pm.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formality calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that the hearing will be held at 300 South Las Vegas Blvd, Third Floor, Foley Federal Bldg., Las Vegas, NV 89103

DELUCA & ASSOCIATES

/s/ ANTHONY J. DELUCA
ANTHONY J. DELUCA, ESQ.
Attorney for Debtor(s)