**BK Attorney Services, LLC**

BK Attorney Services, LLC
PO Box 1028
Davenport, WA  99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: May 12, 2011     TIME RECEIVED: 03:08PM     TOTAL SERVED: 63

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:     Anthony Beavers                          CASE NO: 10-10453

                                                    CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE:     DeLuca & Associates
ADDRESS               7580 W. Sahara Ave
                      Las Vegas, NV  89117

On Friday, May 13, 2011, a copy of the following documents, described below,

**Amended Plan #3**
**Notice of Hearing**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury, under the laws of the United States of America, that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: May 13, 2011

_____
Jessica Freeze
BK Attorney Services, LLC
An Authorized Notice Provider for
the United States Bankruptcy Courts

*Certificate of Service*

```
Label Matrix for local noticing          CHRYSLER FINANCIAL SERVICES AMERICAS LLC f/k    United States Bankruptcy Court
0978-2                                   c/o Poli & Ball, PLC                            300 Las Vegas Blvd., South
Case 10-10453-btb                        601 S. Seventh St. Second floor                 Las Vegas, NV 89101-5833
District of Nevada                       Las Vegas, NV 89101-6905
Las Vegas
Fri May 13 08:46:47 PDT 2011

APC HEALTHCARE                           Acctcorp Of Southern N                          Ad Astra Recovery Serv
C/O CREDIT BUREAU CENTRAL                Acct No xxxx15N1                                Acct No xx6572
PO BOX 29299                             4955 South Durango                              3607 N Ridge Rd Ste 106
LAS VEGAS, NV 89126-3299                 Las Vegas, NV 89113-0152                        Wichita, KS 67205-1232


Allied Collection Serv                   American Express                                American Express
Acct No xxxxx8901                        Acct No xxxxxxxxxxxx5393                        Acct No xxxxxxxxxxxx5983
3080 S Durango Dr Ste 20                 c/o Becket and Lee                              c/o Becket and Lee
Las Vegas, NV 89117-9193                 Po Box 3001                                     Po Box 3001
                                         Malvern, PA 19355-0701                          Malvern, PA 19355-0701


American Home Mtg Srv                    American Home Mtg Srv                           Amex
Acct No xxxxxxxxx0161                    Acct No xxxxxxxxx0179                           Acct No xxxxxxxxxxxx1663
Attn: Bankruptcy                         Attn: Bankruptcy                                Po Box 297871
4600 Regent Blvd                         4600 Regent Blvd                                Fort Lauderdale, FL 33329-7871
Irving, TX 75063-2443                    Irving, TX 75063-2443


CHRYSLER FIN SVCS AMER LLC f/k/a DC FIN SVCS    (p)CAPITAL ONE                           (p)CHRYSLER FINANCIAL
POLI & BALL, PLC                         PO BOX 30285                                    27777 INKSTER RD
601 S. 7th ST, 2nd FL                    SALT LAKE CITY UT 84130-0285                    FARMINGTON HILLS MI 48334-5326
LAS VEGAS, NV 89101-6905


Chase Auto Finance                       Chase Manhattan                                 Chase Manhattan Mortgage
201 N Central Ave                        Acct No xxxx2912                                Acct No xxxx8237
Phoenix, AZ 85004-0073                   Attn:  Bankruptcy Research Dept                 Attention:  Research Dept. G7-PP
                                         3415 Vision Dr                                  3415 Vision Drive
                                         Columbus, OH 43219-6009                         Columbus, OH 43219-6009


Chase Manhattan Mortgage                 Chevron / Texaco Citibank                       Citi Corp Credit Services
Acct No xxxxxxxxx8229                    Acct No xx0852                                  Acct No xxx7800
Attention:  Research Dept. G7-PP         Attn: Centralized Bankruptcy                    Attn: Centralized Bankruptcy
3415 Vision Drive                        Po Box 20507                                    Po Box 20507
Columbus, OH 43219-6009                  Kansas City, MO 64195-0507                      Kansas City, MO 64195-0507


Citibank N A                             Citibank N A                                    Citibank South Dakota NA
Acct No xxxxxxx3820                      Acct No xxxxxxx3821                             Exception Payment Processing
Attn: Centralized Bankruptcy             Attn: Centralized Bankruptcy                    PO Box 6305
Po Box 20507                             Po Box 20507                                    The Lakes, NV 88901-6305
Kansas City, MO 64195-0507               Kansas City, MO 64195-0507


Coast 2 Coast Financia                   Countrywide Home Lending                        Countrywide Home Lending
Acct No xxxxxxxxxxxxx4483                Acct No xxxx6772                                Acct No xxxx7354
101 Hodencamp Rd Ste 120                 Attention: Bankruptcy  SV-314B                  Attention: Bankruptcy  SV-314B
Thousand Oaks, CA 91360-5831             Po Box 5170                                     Po Box 5170
                                         Simi Valley, CA 93062-5170                      Simi Valley, CA 93062-5170


Countrywide Home Lending                 Creditburcen                                    ECAST SETTLEMENT CORPORATION ASSIGNEE OF CAP
Acct No xxxxx1359                        Acct No xxxxx3888                               ONE BANK
Attention: Bankruptcy  SV-314B           2355 Red Rock St Ste 200                        POB 35480
Po Box 5170                              Las Vegas, NV 89146-3106                        NEWARK NJ 07193-5480
Simi Valley, CA 93062-5170
```

| | | |
|---|---|---|
| ECAST SETTLEMENT CORPORATION ASSIGNEE OF GE BANK/CHEVRON AND TEXACO<br>POB 35480<br>NEWARK NJ 07193-5480 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSB CONSUMER LENDING (USA) INC<br>POB 35480<br>NEWARK NJ 07193-5480 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSB NEVADA AND ITS ASSIGNS<br>POB 35480<br>NEWARK NJ 07193-5480 |
| ECMC<br>P.O. Box 75906<br>Saint Paul, MN 55175-0906 | Ecmc<br>Acct No xxxxxx0381<br>101 E Fifth St<br>Saint Paul, MN 55101-1898 | Ecmc<br>Acct No xxxxxx0382<br>101 E Fifth St<br>Saint Paul, MN 55101-1898 |
| (p)FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 | Fremont Investment & Loan<br>Acct No xxxxxx1799<br>2727 E. Imperial Hwy<br>Brea, CA 92821-6713 | GEMB / HH Gregg<br>Acct No xxxxxxxx3561<br>Attention: Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 |
| Gemb/chevron<br>Acct No xxxxxxxx0636<br>Attention: Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 | Hsbc Bank<br>Acct No xxxxxxxx2510<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc Bank<br>Acct No xxxxxxxx5633<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| Hsbc Bank<br>Acct No xxxxxxxxxxxx8147<br>Attn: Bankruptcy<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc/ms<br>Acct No xxxx2229<br>Po Box 3425<br>Buffalo, NY 14240-3425 | Hsbc/rs<br>Acct No xxxxxx0023<br>Attn: Bankruptcy<br>961 Weigel Dr<br>Elmhurst, IL 60126-1058 |
| NCO Financial Systems<br>Acct No xxxxxxxxxxxx2301<br>PO Box 4929<br>Trenton, NJ 08650-4929 | NCO Financial Systems<br>Acct No xxxx8736<br>507 Prudential Road<br>Horsham, PA 19044-2308 | Nevada State Board of Architechure<br>Acct No xx-031N<br>Interior Design and Residental Designs<br>2080 E Flamingo Road., Suite 120<br>Las Vegas, NV 89119-5176 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK VA 23541-0914 | RED ROCK AT SMOKE RANCH<br>C/O CREDIT BUREAU CENTRAL<br>PO BOX 29299<br>LAS VEGAS, NV 89126-3299 | REPUBLIC SERVICES<br>770 E. SAHARA AVE.<br>LAS VEGAS, NV 89104-2943 |
| Rc Willey Home Furnishings<br>Acct No xxxxxx1725<br>Attn: Bankruptcy<br>Po Box 65320<br>Salt Lake City, UT 84165-0320 | SILVER TURTLE HOA<br>C/O NEVADA ASSOCIATION SERVICES, INC.<br>6224 WEST DESERT INN ROAD<br>LAS VEGAS, NEVADA 89146-6612 | SPEEDY/RAPID CASH<br>3611 N RIDGE RD 101<br>WICHITA KS 67205-1214 |
| Sams Club<br>Acct No xxxxxxxx4009<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | So Calif Edison Compan<br>Acct No xxxxx1893<br>2131 Walnut Grove Ave<br>Rosemead, CA 91770-3769 | U S Dept Of Ed/Fisl/Ch<br>Acct No xxxxxxxxxxxx3010<br>P O Box 8422<br>Chicago, IL 60680-8422 |
| US Department of Education<br>Acct No xxx-xx-1456<br>National Payment Center<br>PO Box 105028<br>Atlanta, GA 30348-5028 | US Department of Education<br>PO Box 65128<br>St. Paul, MN 55165-0128 | Us Dept Of Education<br>Acct No xxxxxx4561<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403-5609 |

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A.<br>ONE HOME CAMPUS, MAC ID #X2302-04C<br>DES MOINES, IA 50328-0001 | Wells Fargo Hm Mortgag<br>Acct No xxxxxxxxx6104<br>4680 Hallmark Parkway<br>San Bernardino, CA 92407-1816 | ~~ANTHONY DELUCA~~<br>~~7580 W SAHARA AVE~~<br>~~LAS VEGAS, NV 89117-2784~~ |
| ANTHONY S BEAVERS<br>6124 SKOKIE COURT<br>LAS VEGAS, NV 89130-1382 | KATHLEEN A. LEAVITT<br>201 LAS VEGAS BLVD., SO. #200<br>LAS VEGAS, NV 89101-5727 | SONYA R BEAVERS<br>6124 SKOKIE COURT<br>LAS VEGAS, NV 89130-1382 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital 1 Bank<br>Acct No xxxxxxxx4045<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | (d)Capital 1 Bank<br>Acct No xxxxxxxx6889<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | Cfc Deficiency Recover<br>Acct No xxxxxx1007<br>5225 Crooks Rd Ste 140<br>Troy, MI 48098 |
| Ford Motor Credit Corporation<br>Acct No xxx3487<br>National Bankruptcy Center<br>Po Box 537901<br>Livonia, MI 48153 | (d)Ford Motor Credit Corporation<br>Acct No xxxx0471<br>National Bankruptcy Center<br>Po Box 537901<br>Livonia, MI 48153 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)WELLS FARGO BANK, N.A. | (d)ANTHONY DELUCA<br>7580 W. SAHARA AVE<br>LAS VEGAS, NV 89117-2784 | End of Label Matrix<br>Mailable recipients    65<br>Bypassed recipients     2<br>Total                  67 |